IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMMIE CAMP, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:21-cv-463-JM

**RT, INC., and JESSIE RUTH CULLUM**            **DEFENDANTS**

## JOINT NOTICE OF SETTLEMENT

      The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of a putative collective of similarly situated individuals. The parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Approval of Settlement with the Court within forty-five (45) days from the filing of this Joint Notice of Settlement. The parties anticipate this length of time due to key personnel having limited availability during the holiday season. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**TAMMIE CAMP, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **RT, INC., and JESSIE RUTH
CULLUM, DEFENDANTS**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: (501) 371-0808
Facsimile: (501) 376-9442

*/s/ Daveante Jones*
Daveante Jones
Ark. Bar No. 2016163
dljones@wlj.com

Michelle M. Kaemmerling
Ark. Bar No. 2001227
mkaemmerling@wlj.com