IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAMMIE CAMP, Individually and on
Behalf of All Others Similarly Situated                                            PLAINTIFF

VS.                                    NO. 4:21-CV-463 JM

RT, INC., and JESSIE RUTH CULLUM                                            DEFENDANTS

## ORDER

The parties' Joint Motion for Approval of Stipulated Collective Action and Distribution of Notice (ECF Doc. 18) is granted. Based on an *in camera* review of the motion, accompanying exhibits, and settlement agreement, the terms of the parties' proposed settlement appear fair and reasonable. This is true because each plaintiff will receive all the overtime wages they claim. A Fair Labor Standards Act opt-in class, for settlement purposes only, is certified as:

> The Named Plaintiff and the twenty-one (21) individuals who 1) received a referral bonus and/or flat rate for call pay in connection with work performed in any week in which they worked over forty hours during the time period of May 27, 2018 through May 27, 2021, and/or 2) were granted comp time in lieu of overtime wages during the time period of May 27, 2018 through May 27, 2021 ("Settlement Collective Members").

Josh Sanford and Colby Qualls are appointed as class counsel. The settlement agreement is approved, as is the notice plan. Named Plaintiff's claims and the claims of all plaintiffs who opt in are dismissed with prejudice. Jurisdiction is retained to enforce the agreement.

This case is dismissed with prejudice under Rule 41(a)(2).

DATED this 3rd day of March, 2022.

_____
Hon. James M. Moody, Jr.
United States District Judge

Prepared by:

| | |
|---|---|
| SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: (800) 615-4946<br>Fax: (888) 787-2040<br>Email: josh@sanfordlawfirm.com;<br>colby@sanfordlawfirm.com<br><br>By: Josh Sanford (2001037)<br>    Colby Qualls (2019246)<br><br>*Attorneys for Plaintiff* | WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR  72201-3699<br>(501) 371-0808<br>Fax: (501) 376-9442<br>Email: mkaemmerling@wlj.com;<br>dljones@wlj.com<br><br>By: Michelle M. Kaemmerling (2001227)<br>    Daveante Jones (2016163)<br><br>*Attorneys for Defendants* |