IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAMMIE CAMP, Individually and on                                    PLAINTIFF
Behalf of All Others Similarly Situated

v.                              NO. 4:21-cv-00463-JM

RT, INC., and JESSIE RUTH CULLUM                                    DEFENDANTS

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The bench trial scheduled for May 2, 2022, is canceled and this case is removed from the trial docket.

IT IS SO ORDERED this 21st day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE