IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAMMIE CAMP, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

VS.                             NO. 4:21-CV-463 JM

RT, INC., and JESSIE RUTH CULLUM                                          DEFENDANTS

## ORDER

The parties having advised the Court that their dispute has been resolved, this case is dismissed with prejudice.

DATED this 8th day of May, 2023.

_____
Hon. James M. Moody, Jr.
United States District Judge

2508391-v1